**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:09-cv-02208-JPM-cgc |
| | ) | |
| CITY CONCRETE, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**JUDGMENT**

_____

This action having come before the Court on the parties' Joint Motion to Enter Consent Decree (Docket Entry ("D.E.") 34),

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Consent Decree entered March 9, 2010 (D.E. 35), this case is DISMISSED WITH PREJUDICE, this Court retaining jurisdiction of the case to enforce the terms of the Consent Decree.

APPROVED:

/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE


March 10, 2010
Date